1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RHONDA WHITEROCK FRED,

11          Plaintiff,

12      vs.                                    No. CIV S-10-0845 JAM GGH PS

13   WASHOE TRIBE OF NEVADA &
     CALIFORNIA,
14              Defendant.              ORDER

15   _____/

16          Plaintiff has requested an extension of time to serve defendants with summons.

17   The undersigned assumes that plaintiff seeks an extension in which to comply with the court's

18   August 13, 2010 order which directed plaintiff to supply the U.S. Marshal with the necessary

19   documents so that the Marshall could effect service of process.   The request will be granted.

20          Plaintiff has requested appointment of counsel for a second time.  For the reasons

21   stated in the August 13, 2010 order, that request is again denied.

22          Good cause appearing, IT IS HEREBY ORDERED that:

23          1.  Plaintiff's August 18, 2010 motion for an extension of time is granted;

24          2.  Plaintiff is granted thirty days from the date of this order in which to supply the

25   U.S. Marshal with all information needed by the Marshal to effect service of process, and file a

26   statement with the court that said documents have been submitted to the United States Marshal;

1

1   and

2           3.  Plaintiff's  request for appointment of counsel is denied.

3   DATED: August 24, 2010

4

5                                /s/ Gregory G. Hollows

                            UNITED STATES MAGISTRATE JUDGE

6

7   GGH:076/Fred0845.36.wpd

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26