IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RHONDA WHITEROCK FRED,

      Plaintiff,                              CIV. NO. S-10-0845 JAM GGH PS

    vs.

WASHOE TRIBE OF NEVADA & CALIFORNIA,

      Defendant.                            ORDER

_____/

        Defendant's motion to dismiss presently is calendared for hearing on January 27, 2011. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of and in opposition to the pending motion. See E.D. Cal. L.R. 230(g).

\\\\\

\\\\\

\\\\\

\\\\\

\\\\\

1

Accordingly, IT IS ORDERED that:

1. The January 27, 2011 hearing on the motion to dismiss, filed November 22, 2010, is vacated; and

2. The motion is submitted on the record.

DATED: January 20, 2011

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH:076:Fred0845.vac.wpd