IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RHONDA WHITEROCK FRED,

    Plaintiff,

  vs.                              No. CIV S-10-0845 JAM GGH PS

WASHOE TRIBE OF NEVADA & CALIFORNIA,

    Defendant.           <u>ORDER</u>

_____/

        Plaintiff has filed a motion for summary judgment without noticing it for hearing as required by E.D. Local Rule 230(b). The motion is premature in any event as there is a motion to dismiss currently under submission.

        Accordingly, IT IS HEREBY ORDERED that: plaintiff's motion for summary judgment, filed January 31, 2011, (dkt. # 18), is vacated without prejudice to its refiling after the motion to dismiss has been determined.

DATED: February 7, 2011

                              /s/ Gregory G. Hollows
                              UNITED STATES MAGISTRATE JUDGE

GGH:076/Fred0845.msj

1