IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RHONDA WHITEROCK FRED,

     Plaintiff,                            No. CIV S-10-0845 JAM GGH PS

     vs.

WASHOE TRIBE OF NEVADA &
CALIFORNIA,

     Defendants.                 <u>ORDER APPOINTING COUNSEL</u>

_____/

        Plaintiff Rhonda Whiterock Fred is proceeding pro se in this action and the court has found that appointment of counsel for plaintiff is warranted. Harlan W. Goodson is hereby appointed and he has accepted the appointment. The court is aware that Mr. Goodson will not be immediately available to work on this case. Therefore, plaintiff's amended complaint shall be filed by December 23, 2011.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff's September 6, 2011, motion to appoint counsel (Doc. 29), is granted and Harlan W. Goodson is appointed as counsel in the above entitled matter. An amended complaint shall be filed by December 23, 2011.

2. Harlan W. Goodson shall notify Sujean Park, at (916) 930-4278 or via email at spark@caed.uscourts.gov, if he has any questions related to the appointment.

3. The Clerk of the Court is directed to serve a copy of this order upon Harlan W. Goodson, Law Offices of Harlan W. Goodson , 112 J Street, Third Floor, Sacramento, California 95814. The Clerk shall also serve plaintiff with respect to this order.

DATED: October 13, 2011

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

fred0845.31