IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RHONDA WHITEROCK FRED,

    Plaintiff,                                  CIV. NO. S-10-0845 JAM GGH PS

    vs.

WASHOE TRIBE OF NEVADA & CALIFORNIA,

    Defendant.                                <u>ORDER</u>

/

        Plaintiff is proceeding with appointed counsel in this action. Counsel was appointed on October 13, 2011, and ordered to file an amended complaint by December 23, 2011. That date has passed and no amended complaint has been filed and plaintiff has not otherwise communicated with the court. The court notes that an interlocutory appeal was filed and briefing is currently pending. The court assumes that no action will be taken until the appeal is decided. Therefore, all current dates are vacated and the court will take no action on this case until prompted by a party that the appellate proceedings have been concluded.

\\\\\

\\\\\

\\\\\

\\\\\

1

1  Accordingly, IT IS HEREBY ORDERED that all current dates are vacated and the court will take no action in this case until prompted by a party.

DATED: January 12, 2012

    /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH: AB
fred0845.ord2