IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RHONDA WHITEROCK FRED,

    Plaintiff,                    No. 2:10-cv-0845-JAM-AC (PS)

    vs.

WASHOE TRIBE OF NEVADA AND CALIFORNIA,

    Defendant.              <u>ORDER</u>

                                  /

        This matter was initially referred to the undersigned for pretrial management because plaintiff was proceeding pro se. On September 6, 2011, plaintiff filed a motion for appointment of counsel, which was granted on October 13, 2011. Because plaintiff is now appearing with counsel, this matter will be referred to the District Judge assigned to this action pursuant to Local Rule 302(c)(21).

        Accordingly, IT IS HEREBY ORDERED that:

        1. This matter is referred to the District Judge assigned to this action.

        2. All dates pending before the undersigned are vacated;

/////

1         3.  Henceforth the caption on documents filed in this action shall be

2 CIV 2:10-cv-0845-JAM-AC.

3 DATED: November 28, 2012

4                                                                 _____/s/_____
                                                                ALLISON CLAIRE

5                                                                 UNITED STATE MAGISTRATE JUDGE

8

/mb;fred0845.refer.dj

9